IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR JACOB CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:03-0354 |
| | ) | JUDGE HAYNES |
| KEVIN MYERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, Petitioner Arthur Jacob Campbell's petition for writ of habeas corpus relief under 28 U.S.C. § 2254 (Docket Entry No. 19) is **DENIED**. This action is **DISMISSED with prejudice**. The Court declines to issue a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED the 17th day of December, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge